Opinion issued July 2, 2024



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-24-00193-CR

_____

**ROBERT PAYAN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 337th District Court**
**Harris County, Texas**
**Trial Court Case No. 1823666**

---

## MEMORANDUM OPINION

Appellant Robert Payan was convicted for the offense of theft of more than $30,000 and less than $150,000 and sentenced to eight years' confinement in the Correctional Institutions Division of the Texas Department of Criminal Justice. Appellant has filed a motion to dismiss his appeal in compliance with Texas Rule of

Appellate Procedure 42.2(a). *See* TEX. R. APP. P. 42.2(a). The State has not opposed this motion. We have not issued a decision in the appeal.

Accordingly, we dismiss the appeal. *See* TEX. R. APP. P. 43.2(f). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Kelly and Goodman.

Do not publish. TEX. R. APP. P. 47.2(b).